UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6870 PA (JCGx) | Date | April 21, 2011 |
|---|---|---|---|
| Title | Phillip Baranchik, et al. v. City of Redondo Beach, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** ORDER TO SHOW CAUSE

On March 29, 2011 this Court ordered Plaintiffs to show cause whether one or more Defendants should be dropped from this case for improper joinder. See Docket No. 15. The Court now orders Defendants to file a response to that same Order to Show Cause, in writing, no later than May 6, 2011.

IT IS SO ORDERED.